

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00214-CV

**IN THE INTEREST OF G.F., JR.** and A.F., Children

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2016CVG000043C1
Honorable Belinda Mendez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

SIGNED September 1, 2021.

_____
Rebeca C. Martinez, Chief Justice